UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE DISPATCH PRINTING COMPANY, | : | |
| | : | Case No. 2:14-cv-375 |
| Plaintiff, | : | Judge Smith |
| vs. | : | Magistrate Judge Abel |
| TIME WARNER CABLE, INC., | : | |
| Defendant. | : | |

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff The Dispatch Printing Company hereby demands a trial by jury on all issues triable as of right by a jury.

                Respectfully submitted,

                /s/ Marion H. Little, Jr.
                Marion H. Little, Jr.   (0042679)
                ZEIGER, TIGGES & LITTLE LLP
                3500 Huntington Center
                41 South High Street
                Columbus, Ohio  43215
                (614) 365-9900
                (Fax) (614) 365-7900

                Trial Attorney for Plaintiff
                The Dispatch Printing Company

OF COUNSEL:

Kris Banvard   (0076216)
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio  43215
(614) 365-9900
(Fax) (614) 365-7900

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 2, 2014, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Robert G. Cohen, Esq.
> Kegler, Brown, Hill & Ritter Co., L.P.A.
> 65 E. State Street, Suite 1800
> Columbus, Ohio 43215
>
> Jonathan D. Thier (*pro hac vice*)
> John A. Eakins (*pro hac vice*)
> Cahill Gordon & Reindel LLP
> 80 Pine Street
> New York, New York 10005
>
> Attorneys for Defendant Time Warner Cable, Inc.
>
> /s/ Marion H. Little, Jr.

157-504:500409